UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

HELEN M. ADAMS,

Plaintiff,

v.                                                          Case No. 21-2378-DDC

INTEGRAL SENIOR LIVING
MANAGEMENT, LLC, et al.,

Defendants.

## ORDER TO SHOW CAUSE

Plaintiff's complaint alleges this federal court has subject matter jurisdiction under 28 U.S.C. § 1332(a)(1) because the parties are completely diverse.  On November 12, 2021, the court entered an order finding the facts alleged in the complaint insufficient to demonstrate diversity of citizenship exists, and ordering the parties to file a joint status report, with affidavits attached, demonstrating the citizenship of each of the defendants (ECF No. 15).  The parties filed their status report today (ECF No. 26), yet diversity jurisdiction still has not been established.

The affidavits attached to the status report state that both defendant Hilltop Assisted Living, LLC and defendant Grace Garden Holdings Operations NT-HCI, LLC ultimately are owned 99.9% by NorthStar Healthcare Income Inc. and .1% by NorthStar Healthcare Income Advisor, LLC.  They state NorthStar Healthcare Income Inc. has its principal place of business in New York and is "domiciled" in Maryland.  They do not indicate, however,

NorthStar Healthcare Income Inc.'s state of incorporation – the missing fact for determining its citizenship for diversity purposes.  As to NorthStar Healthcare Income Advisor, LLC, the affidavits do not indicate the members of this LLC, let alone the citizenship of each member.  As discussed in the court's November 12th order, the citizenship of each member determines the citizenship of the LLC for diversity purposes.

**IT IS THEREFORE ORDERED** that by **January 10, 2022,** the parties file a supplement to their joint status report that fills in these jurisdictional holes and thereby shows cause why this case should not be dismissed for lack of jurisdiction.

IT IS SO ORDERED.

Dated December 28, 2021, at Kansas City, Kansas.


<u>s/ James P. O'Hara</u>
James P. O'Hara
U.S. Magistrate Judge

2

O:\Show Cause Orders\21-2378-DDC-SCO-26.docx